IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| **In re** | : |
| **SAMIA LATIA GORE,** | : Case No. 25-12077-KHK |
| a/k/a **SAMIA LATIA WILEY,** | : (Chapter 7) |
| Debtor. | : |
| **TYSONS CORNER RESIDENTIAL I, LLC,** | : |
| Movant, | : |
| v. | : |
| **SAMIA LATIA GORE, DEBTOR,** | : |
| **KEVIN R. MCCARTHY, ESQ., TRUSTEE,** | : |
| Respondents. | : |

**MOTION TO OBTAIN RELIEF FROM
AUTOMATIC STAY AS TO LEASED PREMISES
(7902 TYSONS ONE PLACE #2901, MCLEAN, VA, 22102)**

Tysons Corner Residential I, LLC ("Movant"), by its attorneys, Offit Kurman, P.C., moves for relief from the automatic stay and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334, 11

Stephen Nichols, Esq.
VSB#32443
Offit | Kurman, PC
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
(240) 507-1700
snichols@offitkurman.com

U.S.C. §§ 362 and Bankruptcy Rule 4001. This contested matter is a core proceeding as defined by 28 U.S.C. § 157.

2. On February 18, 2025, Movant and the debtor Samia Latia Gore (the "Debtor") executed an Apartment Lease Contract (the "Lease) for the premises located at 7902 Tysons One Place #2901, McLean, VA, 22102 (the "Premises") for a term commencing on April 2, 2025 and concluding on May 1, 2026 (the "Term").   *See*, Lease (Exhibit 1), at Cover Sheet, ¶ B and p. 1 of 8, ¶ 3.

3. Pursuant to the Lease, the Debtor was obligated to pay monthly base rent (the "Base Rent") during the Lease Term in the amount of $5,994 per month, in advance, without demand or offset.  *See*, Lease (Exhibit 1), at Cover Sheet, ¶ C, and p. 1 of 8, ¶ 6.  The Debtor is also obligated to pay a monthly Utility Fee, (*Id*.) (at Residential Utility & Services Addendum); and a Trash Pickup Fee (*Id*., at p. 6, ¶ 3 (and at Residential Utility Addendum), all of which are hereinafter referred to as "Additional Rent" and, together with the Base Rent as "Rent").

4. Movant is authorized under the Lease to apply late fee charges of the lesser of 10% of Base Rent or of all amounts outstanding under the Lease.  *See*, Lease (Exhibit 1), at Cover Sheet, ¶ F and p. 1 of 8, ¶ 6.  The Debtor is also obligated to pay Movant's legal fees and costs incurred by Landlord in case of a default under the Lease by the Debtor.  *See*, Lease (Exhibit 1), at p. 6 of 8 ¶ 33 (G)(iv) and (v).

5. The Debtor was current on her obligations under the Lease through July, 2025, but since that date has paid no amounts due under the Lease and owes Movant $21,009.27 in

Stephen Nichols, Esq.
VSB#32443
Offit | Kurman, PC
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
(240) 507-1700
snichols@offitkurman.com

rent, late fees and other charges due under the Lease through October, 2025. *See*, Rent Ledger (Exhibit 2).

      *6.*      The Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in this Court on October 8, 2025 (the "Petition Date"). Since the Petition Date, the Debtor has paid no amounts to Movant as of the date of this Motion.

      7.      The Debtor's failure to pay for her post-Petition Date use of the Premises constitutes cause for granting Movant relief from the automatic stay pursuant to 11 U.S.C. § 362 (d)(1).

      8.      Moreover, there is no equity in the residential Lease, nor is the Lease necessary for an effective reorganization of the chapter 7 Debtor. Accordingly, Movant is alternatively entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362 (d)(2)(A) and (B).

      WHEREFORE, the Movant requests the entry of an order:

a.      Modifying the automatic stay herein for the purpose of allowing the Movant to commence or continue an action in state court to recover the Premises from the Debtor, including obtaining a writ of possession and lawfully evicting the Debtor and any other occupants from the Premises;

b.      Modifying the automatic stay herein for the purpose of allowing the Movant to commence or continue an action in state court to remove all personal property from the Premises;

Stephen Nichols, Esq.
VSB#32443
Offit | Kurman, PC
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
(240) 507-1700
snichols@offitkurman.com

c.  Modifying the automatic stay herein to permit Movant to set off any Security Deposit against any pre-Petition Date sums due to Movant under the Lease; and,

d.  Granting Movant such other and further relief to which it is entitled.

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Tysons Corner Residential I, LLC ("Movant') has filed papers with the court seeking to modify the automatic stay to permit it to obtain a judgment for possession and evict the Debtor Samia Latia Gore a/k/a Samia Latia Wiley from premises located at 7902 Tysons One Place, #2901, McLean, VA, 22102 (the "Premises").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on the Motion, then within fourteen (14) days from the date of the service of this Motion, you or your attorney must:

[x]  File with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1 (H).  Unless a written and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  The filing address of the Court is:  **Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, VA, 22314.**

[x]  **Attend the preliminary hearing scheduled to be held on November 20, 2025 at 11:00 a.m. in Courtroom III (Hon. Klinette H. Kindred), United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington Street, Alexandria, VA, 22314.**

[x]  You must also mail a copy to the following:  (i) Stephen Nichols, Esq., OFFIT | KURMAN, P.C., 7501 Wisconsin Avenue, Suite 1000W, Bethesda, MD, 20814; (ii) Office of the U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA, 22314; and (iii) Kevin R.

Stephen Nichols, Esq.
VSB#32443
Offit | Kurman, PC
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
(240) 507-1700
snichols@offitkurman.com

McCarthy, Esq., Chapter 7 Trustee, McCarthy & White, PLLC, 8508 Rehoboth Court, Vienna, VA, 22182.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: November 3, 2025.

                                              TYSONS CORNER RESIDENTIAL I, LLC
                                              By Counsel

OFFIT | KURMAN, PC


By:    /s/ Stephen Nichols
        Stephen Nichols
        Va. Bar No. 32443
        7501 Wisconsin Avenue
        Suite 1000W
        Bethesda, MD  20814

PHONE:    (240) 507-1700
FAX:        (240) 507-1735
EMAIL:     snichols@offitkurman.com




Stephen Nichols, Esq.
VSB#32443
Offit | Kurman, PC
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
(240) 507-1700
snichols@offitkurman.com

# CERTIFICATE OF SERVICE

   I hereby certify that on November 3, 2025 I caused to be served a copy of this Motion to Obtain Relief from Automatic Stay as to Leased Premises via first-class mail, postage pre-paid, upon each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(F) as follows:

| | |
|---|---|
| Office of the US Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA  22314 | Kevin R. McCarthy, Esq.<br>Chapter 7 Trustee<br>8508 Rehoboth Court<br>Vienna, VA  22182 |
| Samia Latia Gore<br>Pro Se Debtor<br>7902 Tysons One Place<br>#2901<br>McLean, VA  22102 | Craig B. Rule, Esq.<br>Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA  01810 |

        /s/ Stephen Nichols
        Stephen Nichols, Esq.

Stephen Nichols, Esq.
VSB#32443
Offit | Kurman, PC
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
(240) 507-1700
snichols@offitkurman.com